CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Indictment | ( x ) | |
| Complaint | ( ) | County of Offense: ___Davidson and Others_____ |
| Information | ( ) | AUSA's NAME: ___Amanda J. Klopf_____ |
| Felony | ( x [count 1] ) | |
| Misdemeanor | ( x [count 2] ) | Reviewed by AUSA: ___AJK_____ |
| Juvenile | ( ) | (Initials) |

Dennis Green _____
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?  _____  Yes  _x_  No

If Yes, what language?  _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 241 | Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services | 10 years | $250,000 |
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?  Yes  ( )  No  (x )  If yes, State or Federal?  Writ requested  ( )

Has a complaint been filed?  Yes  ( )  No  (x )
    If Yes:  Name of the Magistrate Judge _____  Case No.: _____
        Was the defendant arrested on the complaint?  Yes  ( )  No  ( )

Has a search warrant been issued?  Yes  ( x )  No  ( )

Was bond set by Magistrate/District Judge?  Yes  ( )  No  (x )  Amount of bond: _____

Is this a Rule 20? Yes ( )  No ( x )  To/from what district? _____
Is this a Rule 40? Yes ( )  No ( x )  To/from what district? _____

Estimated trial time:  ___5 days_____

The Clerk will issue (a Warrant) (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )  No ( x )  Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____