# EXHIBIT E

Jody Barrett
State Representative
District 69

Hickman, Lewis and part of Dickson County

House Committees:
Finance Ways & Means
Appropriations
Commerce
Banking & Consumer Affairs

Cordell Hull Building
Suite 596
425 Rep. John Lewis Way N.
Nashville, TN 37243

113th General Assembly
Freshman Leader

Office: (615) 741-3513

E-mail:
rep.jody.barrett@capitol.tn.gov



# House of Representatives
# State of Tennessee

June 12, 2024

To Whom It May Concern,

    I write to you with gratitude for taking time to accept this character reference letter on behalf of my constituent and friend, Mr. Paul Vaughn. He is scheduled to be sentenced in a federal trial on July 2nd, 2024. It is my hope that in the next few paragraphs I can adequately propose who Mr. Vaughn is and what he brings to our state and community.

    I have known Mr. Vaughn for quite some time, and believe that there is no coincidence that I get to now defend his reputation. He has been a solid member of the district I represent, and I have never doubted for a moment his love for people and community. It is because of this love that led him to practice what he preaches as he fights the Pro-Life fight for the unborn. Children are our greatest asset, and he has championed the cause to save as many lives as he can. Through the act of gentle counseling and speaking truth in grace, Mr. Vaughn has been able to aid mothers in making the decision to choose life.

    His character is one of great strength and conviction and I have not known him to act in malicious intent. This trial that is before him has weighed heavy on me as his friend and his State Representative, which is why I am honored to be able to put down on paper what I believe to be right and true. Mr. Vaughn is a pillar to his family, a beacon to his circle of relations, and a friend to every stranger. You do not often come in contact with people such as this.

    I understand the gravity of this situation and wish to offer any support in favor of Mr. Vaughn. Please do not hesitate to contact me with any comments or questions. Thank you for your time and consideration. God Bless.

With kindest regards, I am

Sincerely,

*[signature]*

State Representative Jody Barrett