# EXHIBIT F



## SENATOR KERRY ROBERTS

June 4, 2024

The Honorable Aleta A. Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street, Suite 6325
Nashville, TN 37203

Dear Judge Trauger:

Please accept this letter of support for my constituent and friend Paul Vaughn, who is scheduled to be sentenced on July 2, 2024.

Paul is passionate in his love for others. Because of his love for others, Paul has been active and involved in helping countless women choose life.

I have never known Paul to act with contempt or maliciousness. Rather, he acts from the belief that all life comes from God and should be treasured by each one of us.

As you contemplate sentencing, I ask for your consideration of Paul's role as a husband, father, and friend to many in our community. I also ask that you consider his record as an exemplary citizen. It is my hope that you will show the greatest leniency possible according to the sentencing guidelines.

If you wish to discuss this further, I may be reached at 615-741-4499.

Thank you for your consideration and for your service.

Sincerely,

*Kerry Roberts*

Senator Kerry Roberts
Chairman, Senate Committee for Government Operations

CORDELL HULL BUILDING, SUITE 730, 425 5TH AVENUE NORTH, NASHVILLE, TENNESSEE 37243