# EXHIBIT R

980 Wright Bend Ln
Centerville, TN 37033

June 15, 2024

District Judge Aleta A. Trauger
Courtroom 6C
Chambers, Suite 6325
Nashville, TN

Dear Judge Trauger:

I write to request leniency in the sentencing of Paul Vaughn on July 2. I am a Professor of Chemical and Biomolecular Engineering at Vanderbilt University and have known Paul since 2007. We are both members of Heritage Church in Centerville, TN. Since I have known him, Paul has shown exceptionally strong character and commitment to his family, church, and community.

Paul has been a mentor and a friend to me over the past several years and has provided valuable advice when we founded the Centerville Community Orchestra in summer 2021. As a business leader in Hickman County, Paul has encouraged me to move the orchestra from our church to Hickman County High School to more broadly impact our county. We hope to complete the move during the 2024 – 2025 academic year. Paul's dedication to improving our local rural community has impressed and inspired me over the past several years.

In summary, I request leniency in sentencing Paul. He is a leader who would be sorely missed by his family, church, and community if sentenced to prison. He is also a close friend whose absence would be difficult for me to bear personally.

Thank you for considering my request.

Sincerely,

Scott A. Guelcher
Professor of Chemical and Biomolecular Engineering, Vanderbilt University
Owner, Guelcher Consulting