# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE PERSONS NAMED BELOW

### A FULL AND UNCONDITIONAL PARDON

For those offenses against the United States individually enumerated and set before me for my consideration:

United States v. Lauren Handy et al., 1:22-cr-00096, D.D.C.

LAUREN HANDY

JONATHAN DARNEL

JAY SMITH

PAULA PAULETTE HARLOW

JEAN MARSHALL

JOHN HINSHAW

HEATHER IDONI

WILLIAM GOODMAN

JOAN BELL

HERB GERAGHTY

United States v. Chester Gallagher et al., 3:22-cr-00327, M.D.

Tenn.

CHESTER GALLAGHER

HEATHER IDONI

CALVIN ZASTROW

COLEMAN BOYD

CAROLINE DAVIS

PAUL VAUGHN

DENNIS GREEN

EVA EDL

EVA ZASTROW

JAMES ZASTROW

PAUL PLACE


United States v. Calvin Zastrow et al., 2:23-cr-20100, E.D.

Mich.

CALVIN ZASTROW

CHESTER GALLAGHER

HEATHER IDONI

CAROLINE DAVIS

JOEL CURRY

JUSTIN PHILLIPS

EVA EDL

EVA ZASTROW

United States v. Bevelyn Beatty Williams et al., 22-cr-00684,

S.D.N.Y.

BEVELYN BEATTY WILLIAMS


United States v. Christopher Moscinski 2:22-cr-00485, E.D.N.Y.

CHRISTOPHER MOSCINSKI


I HEREBY DESIGNATE, direct, and empower the Pardon Attorney, as my representative, to sign each grant of clemency to the persons named herein. The Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.


IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



Done at the City of Washington in the District of Columbia this 23rd day of January in the Year of our Lord two thousand twenty-five, and of the Independence of the United States the two hundred forty-ninth.

